UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | Civil No: 11-148-GFVT |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **JUDGMENT** |
| ICG HAZARD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered contemporaneously herewith and the Memorandum Opinion and Order entered on September 28, 2012, [R. 65] and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Defendant ICG's Motion for Summary Judgment [R. 40] is **GRANTED** as to all claims asserted against it;

(2) Plaintiff Sierra Club's Motion for Summary Judgment [R. 41] is **DENIED**;

(3) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay; and

(4) All issues having been resolved, this case is **STRICKEN** from the active Docket.

This 11th day of January, 2013.

 Signed By:
*Gregory F. Van Tatenhove*
United States District Judge