**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
AT LONDON**

**SIERRA CLUB,**

      **PLAINTIFF,**

      v.                           **CIVIL ACTION NO. 6:11-CV-148-GFVT**

**ICG HAZARD, LLC,**

      **DEFENDANT.**

## NOTICE OF APPEAL

Notice is hereby given that Sierra Club hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 11th day of January, 2013.

                                      Respectfully submitted,

                                      **/s/ Benjamin A. Luckett**
                                      BENJAMIN A. LUCKETT (WV Bar No. 11463)
                                      (Appearing *Pro Hac Vice*)
                                      Appalachian Mountain Advocates
                                      P.O. Box 507
                                      Lewisburg, WV 24901
                                      (304) 645-0125
                                      bluckett@appalmad.org

                                      MARY VARSON CROMER (KY Bar No. 92881)
                                      Appalachian Citizens' Law Center
                                      317 Main Street
                                      Whitesburg, KY 41858
                                      (606) 633-3929
                                      mary@appalachianlawcenter.org

                                      *Counsel for Sierra Club*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# AT LONDON

**SIERRA CLUB,**

      **Plaintiff,**

    v.                            CIVIL ACTION NO. 6:11-CV-148-GFVT

**ICG HAZARD, LLC,**

      **Defendant.**

## CERTIFICATE OF SERVICE

      This is to certify by the undersigned that on this the 22nd day of January, 2013, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kevin M. McGuire
Laura P. Hoffman
JACKSON KELLY PLLC
175 E. Main Street, Ste. 500
P.O. Box 2150
Lexington, KY 40588
kmcguire@jacksonkelly.com
lphoffman@jacksonkelly.com

*Counsel for ICG Hazard, LLC*

                                    **/s/ Benjamin A. Luckett**
                                    BENJAMIN A. LUCKETT (WV Bar No. 11463)
                                    (Appearing *Pro Hac Vice*)
                                    Appalachian Mountain Advocates
                                    P.O. Box 507
                                    Lewisburg, WV 24901
                                    (304) 645-0125
                                    bluckett@appalmad.org

                                    *Counsel for Sierra Club*